UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 07-2406 SI (pr) |
| PATRICK KUNKEL, | **ORDER OF DISMISSAL** |
| Plaintiff. | |

This action was opened on May 3, 2007, when the court received from Patrick Kunkel a document that complained about his lack of access to dental care at Kern Valley State Prison in Kern County and had attached to it several inmate appeal forms. On that date, the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Plaintiff was advised that failure to pay the fee or file the completed application within thirty days would result in dismissal of the action. Plaintiff has failed to provide the court with either the filing fee or a complete in forma pauperis application and the deadline by which to do so has passed. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a complete in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new civil complaint to commence that new action.

To the extent Kunkel wants to assert a claim under 42 U.S.C. § 1983 for a denial of dental care at Kern Valley State Prison, he must file a civil rights complaint in the Eastern District of California in Sacramento. This court (i.e., the Northern District of California) is not the correct

venue for such an action. See 28 U.S.C. § 1391(b). In his filing, Kunkel asks whether he can file an action without completing the administrative appeal process. The court does not give advisory rulings.

The clerk shall close the file.

IT IS SO ORDERED.

Dated:  8/1/07_____                    _____
                                                               SUSAN ILLSTON
                                                         United States District Judge

**United States District Court**
For the Northern District of California