UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PATRICK KUNKEL,

        Plaintiff,

  v.

/ et al,

        Defendant.

Case Number: CV07-02406 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Kunkel P-49985
A2-120
P.O. Box 5101
Delano, CA 93216

Dated: August 2, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk