UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                   No. C 07-2406 SI (pr)

PATRICK KUNKEL,                              **JUDGMENT**

       Plaintiff.
                                 /

     This action is dismissed without prejudice for failure to pay the filing fee or submit a complete in forma pauperis application.

     IT IS SO ORDERED AND ADJUDGED.

Dated: 8/1/07_____

                                                      SUSAN ILLSTON
                                         United States District Judge