**United States District Court**
For the Northern District of California

1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 NORTHERN DISTRICT OF CALIFORNIA
8
9 In Re.                                              No. C 07-2406 SI (pr)
10 PATRICK KUNKEL,                                    **JUDGMENT**
11           Plaintiff.
12 _____/
13     This action is dismissed without prejudice for failure to pay the filing fee or submit a
14 complete <u>in forma pauperis</u> application.
15
16     IT IS SO ORDERED AND ADJUDGED.
17
18 Dated: 8/1/07_____                    _____
19                                                    SUSAN ILLSTON
                                                     United States District Judge
20
21
22
23
24
25
26
27
28